UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 15, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YASMIN CHARISSE MILLET,

    Defendant.

Case No. 2:24-cr-00267-TLN-2

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  YASMIN CHARISSE MILLET , Case No. 2:24-cr-00267-TLN-2 , Charge 18 U.S.C. §§ 371, 2113(a) from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $ _____

**x** Unsecured Appearance Bond $ 10,000.00

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

**x** (Other): Release delayed until 10/16/2024 at 9:00 AM with terms as stated on the record, and thereafter, the defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814

Issued at Sacramento, California on October 15, 2024, at 3:08 PM.

_/s/ Sean C. Riordan_
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE