KIMBERLY A. SANCHEZ
Acting United States Attorney
NCHEKUBE ONYIMA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>YASMIN CHARISSE MILLETT,<br><br>    Defendant. | CASE NO. 2:24-CR-00267 TLN<br><br>STIPULATION AND ORDER TO SET RESTITUTION HEARING<br><br>DATE: November 13, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Special Assistant United States Attorney Nchekube Onyima, counsel for plaintiff, and Assistant Federal Defenders Megan T. Hopkins and Mia Crager, counsels for defendant Yasmin Charisse Millett, that the Court set a restitution hearing for November 13, 2025.

1. Millett objects to the amount of restitution included in the PSR. ECF 109-4.

2. On July 10, 2025, Millett's judgment and sentencing was held. The Court ordered restitution to be determined at a later hearing.

3. Per the terms of the plea agreement, the amount of restitution for Millett shall not exceed $20,000.00. It is the government's position that the amount of restitution for Millett is between $14,351.00 and $20,000.00.

4. The government has represented that if defense counsel agrees, the government will stipulate to $14,351.00 in restitution.

5. The parties have yet to reach an agreement as to restitution. As such the parties request that the Court set a restitution hearing for November 13, 2025.

Respectfully submitted,

KIMBERLY A. SANCHEZ
Acting United States Attorney

Dated: July 28, 2025

/s/ NCHEKUBE ONYIMA
NCHEKUBE ONYIMA
Special Assistant United States Attorney

Dates: July 28, 2025

/s/ MEGAN T. HOPKINS
MEGAN T. HOPKINS
MIA CRAGER
Assistant Federal Defender
Attorneys for Defendant
YASMIN CHARISSE MILLETT

## **ORDER**

**IT IS HEREBY ORDERED** that a restitution hearing is set for November 13, 2025, at 9:30 a.m.

DATED: July 28, 2025

_____
Troy L. Nunley
Chief United States District Judge

STIPULATION AND ORDER                    2