ERIC GRANT
United States Attorney
NCHEKUBE ONYIMA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>YASMIN CHARISSE MILLETT,<br><br>            Defendant. | CASE NO. 2:24-CR-00267-TLN<br><br>STIPULATION REGARDING RESTITUTION; ORDER<br><br>DATE: November 13, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, NCHEKUBE ONYIMA, Special Assistant United States Attorney, and MEGAN HOPKINS, attorney for the defendant, Yasmin Charisse Millett, that restitution be ordered as follows and that the upcoming November 13, 2025, restitution hearing be vacated. The parties further request the Court issue an amended judgment which includes the restitution amounts set forth below.

The parties agree that each of the victims listed below are victims of the defendant's crimes, that a restitution order is appropriate under 18 U.S.C. § 3663A and that the defendant be ordered to pay restitution in the following amounts:

| Payee | Amount |
|---|---|
| Diablo Valley Credit Union, Concord, CA | $861.50 |
| Pacific Service Credit Union, Concord, CA | $250 |
| Travis Credit Union, Suisun City, CA | $333 |
| Travis Credit Union, Concord, CA | $500 |
| U.S. Bank, Benicia, CA | $6,882 |
| Golden One Credit Union, Sacramento, CA | $5,524 |
|  | **$14,351** |

IT IS SO STIPULATED.

Dated:  October 17, 2025

ERIC GRANT
United States Attorney

/s/ NCHEKUBE ONYIMA
NCHEKUBE ONYIMA
Special Assistant U.S. Attorney

Dated:  October 17, 2025

/s/ MEGAN HOPKINS
MEGAN HOPKINS
Counsel for Defendant
YASMIN CHARISSE MILLETT

//
//
//
//
//
//

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. An amended judgment shall issue which includes the restitution language set forth above. The restitution hearing scheduled for November 13, 2025, is vacated.

IT IS SO ORDERED.

Dated: October 22, 2025

_____
Troy L. Nunley
Chief United States District Judge